PHILLIP A. TALBERT
Acting United States Attorney
PHILIP A. SCARBOROUGH (SBN 254934)
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900
Philip.Scarborough@usdoj.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERICA POPE, JARED POPE<br><br>           Plaintiffs,<br><br>v.<br><br>U.S. SMALL BUSINESS ADMINISTRATION, et al.,<br><br>           Defendants. | CASE NO. 2:16-CV-00541-MCE-EFB<br><br>JOINT STIPULATION AND ORDER TO CONTINUE THE TIME FOR THE RULE 26(f) CONFERENCE AND THE FILING OF THE JOINT STATUS REPORT |

    Plaintiffs and Defendants, by and through their undersigned counsel, respectfully submit the following:

    By order of the Court dated March 14, 2016, the parties are required to conduct a Rule 26(f) conference and file a joint status report by August 5, 2016. *See* Dkt. 4 at 2. Plaintiffs anticipate filing an amended complaint in coming days, after which Defendants will have fourteen days to file their response. *See* Fed. R. Civ. P. 15(a)(3). Under these circumstances, the parties stipulate and respectfully request that the deadline to conduct the Rule 26(f) conference and to file the joint status report be continued to September 16, 2016.

Respectfully submitted,

Dated: July 29, 2016

PHILLIP A. TALBERT
Acting United States Attorney

By: */s/ Philip A. Scarborough*
PHILIP A. SCARBOROUGH
Assistant United States Attorney

Attorneys for Defendants

Dated: July 28, 2016

CARTER WOLDEN CURTIS, LLP

By: */s/Lance J. Curtis*
LANCE J. CURTIS
Attorneys for Plaintiffs

**ORDER**

The deadline for conducting the Joint Status Report and the Case Management Conference, currently due by August 5, 2016, is hereby continued to September 16, 2016. The parties shall confer as required by Fed. R. Civ. P. 26(f) and shall prepare and submit to the Court a joint status report that includes the Rule 26(f) discovery plan on or before September 16, 2016. The joint status report shall address the items listed in paragraph 4 of the Court's Order Requiring Joint Status Report dated March 14, 2016 (Dkt. 4).

IT IS SO ORDERED.

Dated: August 5, 2016

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE